## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-0856-RBJ-MJW

MICHAEL BOLING,

       Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas corporation,

       Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: June 6, 2012.

                                        Respectfully submitted,

                                        _s/ David M. Larson_____
                                        David M. Larson, Esq.
                                        88 Inverness Circle East, Suite I-101
                                        Englewood, CO 80112
                                        (303) 799-6895
                                        Attorney for the Plaintiff